1

2

3

4

5

6                      **IN THE UNITED STATES DISTRICT COURT**

7                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9   CHESTER A. JOHNSON,                    No. CIV S-07-1643-MCE-CMK-P

10              Petitioner,

11       vs.                               <u>ORDER</u>

12   D.K. SISTO, et al.,

13              Respondents.

14   _____/

15              Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

16   habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's request for

17   leave to proceed in forma pauperis (Doc. 2).  Petitioner's petition will be addressed separately.

18              Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing

19   that petitioner is unable to prepay fees and costs or give security therefor.

20              Accordingly, IT IS HEREBY ORDERED that petitioner's motion for leave to

21   proceed in forma pauperis is granted.

22   DATED:   August 23, 2007.

23

24                                         _____
                                           **CRAIG M. KELLISON**
25                                         UNITED STATES MAGISTRATE JUDGE

26

1