IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER A. JOHNSON, | No. CIV S-07-1643-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| D.K. SISTO, et al., | |
| Respondents. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's "Motion for Judgment by Default" (Doc. 11), filed on September 26, 2007. In his motion, petitioner seeks "Default by the Court" based on respondents' failure to respond to the petition. Before a party may obtain default judgment, the party must first obtain entry of default by the Clerk of the Court. See Fed. R. Civ. P. 55. Because petitioner has not previously sought entry of default, the court construes plaintiff's motion as such a request. Here, entry of default is not appropriate because respondents have filed an answer to the petition. That document, with supporting exhibits, was entered on the docket on September 24, 2007, and an amended answer was filed on September 26, 2007 – the same day as petitioner's motion.

1  Accordingly, IT IS HEREBY ORDERED that petitioner's "Motion for Judgment
2 by Default" (Doc. 11) is construed as a motion for entry of default by the Clerk of the Court and,
3 so construed, petitioner's motion is denied.

5  DATED: October 3, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE