IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER A. JOHNSON, | No. CIV S-07-1643-MCE-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| D.K. SISTO, et al., | |
|     Respondents. | |
|                               / | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (Doc. 13), filed on October 10, 2007.

       On August 24, 2007, the court issued an order permitting petitioner to file a traverse to respondent's answer within 30 days of service thereof. Petitioner now seeks an extension of that deadline. Good cause appearing therefor, the request will be granted.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (Doc. 13) is granted; and
2. Petitioner may file a traverse by November 24, 2007.

DATED: October 15, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE